Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

Gainesville Division

| | | |
|---|---|---|
| Russell Keith Gault | ) | Case No. ___1:20cv122 RH/66___ |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| | ) | |
| United States Of America | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued.  If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names.)* | | |

FILED USDC FLND GU
MAY 22 '20 PM12:49

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Russell Keith Gault |
| Street Address | 7805 NW 28th Pl #M202 |
| City and County | Gainesville, Alachua |
| State and Zip Code | Florida 32606 |
| Telephone Number | None |
| E-mail Address | ExposeVA@protonmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name                                    United States Of America

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Federal Tort Claims Act 28 U.S.C. 1346(b) 2671-2680

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

       The plaintiff, *(name)* _____ , is a citizen of the

       State of *(name)* _____ .

    b.    If the plaintiff is a corporation

       The plaintiff, *(name)* _____ , is incorporated

       under the laws of the State of *(name)* _____ ,

       and has its principal place of business in the State of *(name)*

       _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

       The defendant, *(name)* _____ , is a citizen of

       the State of *(name)* _____ . Or is a citizen of

       *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.     If the defendant is a corporation

            The defendant, *(name)* _____ , is incorporated under

            the laws of the State of *(name)* _____ , and has its

            principal place of business in the State of *(name)* _____ .

            Or is incorporated under the laws of *(foreign nation)* _____ ,

            and has its principal place of business in *(name)* _____ .

            *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.     The Amount in Controversy

            The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

            _____

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

    A.     Where did the events giving rise to your claim(s) occur?
            Tibor Rubin VA Medical Center
            5901 E. 7th Ave.
            Long Beach, CA 90822

    B.     What date and approximate time did the events giving rise to your claim(s) occur?
            03 January 2017 @ 2100 –15 February 2017 @ 2400

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On 15 December 2016, a VA doctor documented my bipolar disorder was in remission. On 03 January 2017, while waiting for emergency medical care in the Long Beach VA emergency room, I became agitated, and VA police were called to de-escalate me. Three VA police officers responded. The senior officer introduced himself, not with his name, but with a lie that was intended to escalate me. I called him a liar. He challenged me to a fight. He stepped into my personal space, stuck out his chin, and challenged me to hit him. I did not suffer physical harm; however, the threat of immediate physical harm was clearly present. The officer's actions caused physiological changes within my body that triggered my mood disorder to become active. My mood elevated. All three police officers removed their nameplates, and refused to tell me their names. Every time I queried the senior officer, he laughingly repeated the same lie, "I already told you." Every time he lied to me, my mood became more elevated. SEE CONTINUATION.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The damage the VA has caused to my life truly is immeasurable. As a result of the negligent or wrongful acts of VA empolyees as described herein, and other acts occuring later, including but not limited to a VA director, and a VA police detective threatening to charge me with crimes, and a VA police detective sending death threats to me, and my girlfriend, I had no choice but to leave America. Being driven out of the country that I faithfully and honorably served by tyrants inflicts severe emotional distress upon me every day of my life, and will for the rest of my life. In combination with the crimes described above, the later commission of cybercrimes by VA police with the intent to extort me will likely keep me from ever returning to America for fear of being imprisoned, or murdered. For the rest of my life, I will feel nothing but betrayal by America. One hundred percent of the blame goes to tyrants who are given power over me by the United States Department of Veterans Affairs. The emotional distress inflicted upon me by the VA turning my love of country into hate is immeasurable.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

On 03 January 2017, the negligent or wrongful acts of VA police caused physiological changes within my body that triggered my mood disorder to become active. This inflicted severe emotional distress upon me, including severe outrage, disconcertion, indignation, anxiety, apprehension, fear, and betrayal, and throughout the night, because I had to leave the emergency room, and was not treated, also severe pain, and hopelessness. On 09 January 2017, the negligent or wrongful acts of VA police caused my mood to further elevate. This caused the continuation of severe emotional distress as described above. Because of further negligent or wrongful acts of VA employees, including but not limited to patient advocate Dean, detective Kidd, and deputy Brown, my mood remained elevated for six weeks, peaking on 11 February 2017, when I attempted to admit myself to the VA psychiatric ward, but was denied. This caused the continuation of severe emotional distress throughout this period as described above. The demand for relief is $250,000.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:           12 May 2020

Signature of Plaintiff

Printed Name of Plaintiff      Russell Keith Gault

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

12 May 2020

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

GAINESVILLE DIVISION

GAULT V. UNITED STATES OF AMERICA

COMPLAINT AND REQUEST FOR INJUNCTION — Continuation Page

1.     The senior officer was doing everything that he could to escalate me into doing something that would give him justification to use force against me. I had to leave the emergency room.

2.     Throughout the night, I did not sleep, and was in severe pain. I was bleeding from my rectum, and didn't know why. The next day, I returned to the emergency room, and was diagnosed with a thrombosed hemorrhoid.

3.     Six days later, on 09 January 2017, I was again harassed by the same VA police officer. While I was crossing the street in front of the VA police station, the officer drove his police vehicle directly at me. He was driving on the wrong side of the road. At the last minute, he turned the wheel, and missed striking me with the vehicle by three feet. As he drove by, he was laughing, and waving at me. My mood became more elevated.

12 May 2020

4.    I filed complaints with the patient advocate. She ignored them. On 19 January 2017, I informed her that I intended to seek a Congressional Inquiry. One hour later, VA police detective Larry Kidd threatened to charge me with a crime. My mood became more elevated.

5.    On 25 January 2017, then again on 01 February 2017, I spoke over the phone with deputy chief of police Anthony Brown. Both times he laughingly pretended to know nothing about my complaints. Both times, my mood became more elevated.

6.    On 11 February 2017, my mood had become so elevated that I attempted to admit myself to the VA psychiatric ward. I waited in the emergency room for twenty-two hours. I needed emergency mental healthcare, but left because the VA could not provide me with a psychiatric ward room. My mood remained elevated for several more days.

Russell Keith Gault

7805 N.W. 28th Pl. #M202

Gainesville, Florida 32606

ExposeVA@protonmail.com

12 May 2020

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

GAINESVILLE DIVISION

GAULT V. UNITED STATES OF AMERICA

Subject Matter Jurisdiction Argument

1.    I lived in Florida for twenty-nine years. Based solely on the treatment I received as a patient at the Malcom Randall VA Medical Center in May of 2016 (see civil complaint), I left Florida in June of 2016.

2.    After living in Long Beach, California for less than two years, based solely on my experience with VA police at the Tibor Rubin VA Medical Center (see civil complaint), I moved to Las Vegas, Nevada in May of 2018.

3.    Ten days after moving to Las Vegas, I received a death threat from VA police, and one week after that, VA police threatened to charge me with a crime. One month later, my girlfriend received a death threat from VA police. It was addressed to me, but texted to her cellphone. Based solely on this retaliation, I left America in June of 2019.

4.    Since leaving America, I have lived in five different countries.

Page 1 of 2

12 May 2020

5.    I still consider Florida, specifically Gainesville, to be my domicile. At some point, I hope to return to Gainesville to be near my now eighty-two year old mother. I will do this whenever I can feel safe from further retaliation by VA police.

6.    For detailed information regarding my reasons for leaving Gainesville, Long Beach, and America, please see the unlisted YouTube video, "The Tyrant Down The Street — VA Director Walt Dannenberg," at this URL: https://youtu.be/7HsRTUC-7nE.

7.    I believe the United States District Court, Northern District of Florida, Gainesville Division has subject matter jurisdiction for both civil complaints that I have filed with the court.

Russell Keith Gault

7805 N.W. 28th Pl. #M202

Gainesville, Florida 32606

ExposeVA@protonmail.com

Gault
7805 NW 28th Pl M202
Gainesville FL 32606

**F**

US POSTAGE AND FEES PAID
FIRST-CLASS
May 20 2020
Mailed from ZIP 32606
4oz First-Class Pkg Svc Local



endicia

CID: 466797
Commercial Plus Pricing    071V01330099

## FIRST-CLASS PKG SVC

Gault, Charlene
Charlene Gault
7805 NW 28TH PL APT M202
GAINESVILLE FL 32606-8661

C001    0024

**SHIP TO:**

UNITED STATES COURT HOUSE
Clerk Of Court
401 SE 1ST AVE STE 243
GAINESVILLE FL 32601-6895

**USPS TRACKING #**

9400 1102 0083 0506 3203 94

CHECKED